# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONNIE J. ARNOLD, | Case No. 1:09 CV 01774-LJO-SMS |
| Plaintiff, | Assigned to Judge Lawrence J. O'Neill |
| vs. | ORDER GRANTING JOINT STIPULATION AND APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT and CONTINUING SCHEDULING CONFERENCE HEARING DATE |
| BHOLE SHIV, INC., a California corporation; DAYS INN VISALIA/SEQUOIA GATEWAY, an entity of unknown form; WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation; WYNDHAM HOTEL GROUP, LLC, a New Jersey limited liability company; WYNDHAM WORLDWIDE CORPORATION, a New Jersey corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Having read and considered the parties' Joint Stipulation and Application to Extend Time to Respond to Initial Complaint,

IT IS HEREBY ORDERED THAT the last day for Defendants Wyndham Worldwide Operations, Inc., Wyndham Hotel Group, LLC and Wyndham Worldwide Corporation and Defendants Bhole Shiv, Inc. and Days Inn Visalia/Sequoia Gateway to file a responsive pleading to the Plaintiff's Complaint is continued to March 1, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing is continued from January 27, 2010 to **Monday, April 26, 2010 at 9:30 a.m. in Courtroom #7 before Judge Snyder.**

IT IS SO ORDERED.

Dated:     **January 6, 2010**                    **/s/ Sandra M. Snyder**
                                                                    **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com