# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONNIE J. ARNOLD,<br><br>Plaintiff,<br><br>vs.<br><br>BHOLE SHIV, INC., a California corporation; DAYS INN VISALIA/SEQUOIA GATEWAY, an entity of unknown form; WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation; WYNDHAM HOTEL GROUP, LLC, a New Jersey limited liability company; WYNDHAM WORLDWIDE CORPORATION, a New Jersey corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:09-CV-01774-LJO-SMS<br><br>[Honorable Lawrence J. O'Neill]<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ONLY DEFENDANTS WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM HOTEL GROUP, LLC; AND WYNDHAM WORLDWIDE CORPORATION** |

Having read and considered the parties' STIPULATION FOR DISMISSAL OF ONLY DEFENDANTS WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM HOTEL GROUP, LLC; AND WYNDHAM WORLDWIDE CORPORATION (collectively, the "Wyndham Entities"), IT IS HEREBY ORDERED that Wyndham Entities defendants are hereby DISMISSED as parties to this action.

IT IS SO ORDERED.

DATED: February 4, 2010      \_/s/ Lawrence J. O'Neill_____
                             Hon. Judge Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE