# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONNIE J. ARNOLD,<br><br>   Plaintiff,<br><br>vs.<br><br>BHOLE SHIV, INC., a California corporation; DAYS INN VISALIA/SEQUOIA GATEWAY, an entity of unknown form; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 1:09-CV-01774-LJO-SMS<br><br>Judge: Honorable Lawrence J. O'Neill<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41(a)(1)(A)(ii)** |

IT IS HEREBY ORDERED that the above-styled action known as United States District Court Case No. 1:09-CV-01774-LJO-SMS is hereby dismissed with prejudice, subject to the settlement agreement reached between the parties.

IT IS SO ORDERED.

DATED:  August 3, 2010             /s/ Lawrence J. O'Neill_____
                                   Hon. Judge Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE